# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| DAWN WOOTEN, : | |
| : | |
| Plaintiff, : | |
| v. : | CASE NO.: 7:26-MC-1 (WLS) |
| : | |
| LASALLE SOUTHEAST LLC, and : | |
| DAVID PAULK, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

Before the Court is non-party Movant Mahendra Amin's Motion to Quash Deposition Subpoena or Issue Protective Order and Motion for Appropriate Sanction (Doc. 1). In it, Mahendra moves the Court to quash Plaintiff Dawn Wooten's subpoena. Wooten responded, requesting the Court deny the Motion to Quash and order compliance with the subpoena. (Doc. 2). After reviewing the motions, the Court concludes that a hearing is necessary. The hearing will be held on **Tuesday, February 17, 2026, at 2:00 PM** at the C.B. King United States Courthouse. Because Wooten makes an issue of whether Amin will be subpoenaed to testify on behalf of the LaSalle Defendants (Doc. 2 at 5), Counsel for Defendants should attend the hearing. At that hearing, the Parties' arguments will be strictly limited to the grounds asserted in Movant Amin's Motion to Quash. The Court will not hear any arguments on grounds not raised in the motion, or any other matters related to the case or the related case *Amin v. NBCUniversal Media, LLC*, No. 5:21-cv-56 (S.D. Ga.). Further briefing on the Motion is not authorized unless requested or authorized by the Court hereafter.

**SO ORDERED**, this 26th day of January 2026

                                               **/s/ W. Louis Sands**
                                               **W. LOUIS SANDS, SR. JUDGE**
                                               **UNITED STATES DISTRICT COURT**