**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN,                          :
                                      :
    Plaintiff,                    :
v.                                    :        CASE NO.: 7:26-MC-1 (WLS)
                                      :
LASALLE SOUTHEAST LLC, and            :
DAVID PAULK,                          :
                                      :
    Defendants.                   :
                                      :

### <u>Order Denying Motion for Remote Appearance</u>

    Movant, Plaintiff, and Defendants move jointly to appear remotely at the Court's February 17, 2026, hearing on Movant's motion to quash subpoena. (Doc. 9). Parties claim a remote hearing is appropriate to promote "efficiency and economy." (*Id.* at 2)[1]. It has long been the practice in this Court to continue hearings upon motion when Counsel is actively performing legislative duties while the state legislature is in session.

    But it has long been the Court's practice to require in-person attendance at hearings. Although the COVID-19 pandemic required accommodations, the Court has returned to its longstanding practice of requiring in-person attendance absent a showing of extraordinary circumstances. Parties' grounds fail to meet this standard. Counsel who practice in this Court *pro hac vice* routinely travel to Albany to attend hearings in person. And Parties have not offered extraordinary circumstances which might warrant a departure from the Court's longstanding practice.

---

[1] Of note, Counsel for Movant has conflicting duties in the Georgia legislative session. (*Id.*) If Counsel for Movant has an unavoidable conflict on February 17, 2026, she should confer with Plaintiff and Defendants and file a motion on the record requesting a continuance. Unless there is a timely motion to continue, the hearing will occur as scheduled.

Hence the Motion to Allow Remote Appearance (Doc. 9) is **DENIED**. The Court expects Counsel for all Parties to be present—in-person—at the hearing scheduled for **Tuesday, February 17, 2026 at 2:00 P.M.** at the C.B. King United States Courthouse.

**SO ORDERED**, this 2nd day of February 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**

2