**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

DAWN WOOTEN,                                    :
                                                :
    Plaintiff,                              :
                                                :
v.                                              :      CASE NO.: 7:26-MC-1 (WLS)
                                                :
LASALLE SOUTHEAST LLC, and                      :
DAVID PAULK,                                    :
                                                :
    Defendants.                             :
                                                :

## ORDER

The Court received notice from the Parties that they have resolved Movant Mahendra Amin's Motion to Quash Deposition Subpoena or Issue Protective Order and Motion for Appropriate Sanction (Doc. 1). The Parties have reached an agreement which involves Plaintiff's withdrawal of her subpoena for deposition of Movant. Accordingly, Amin's Motion to Quash Deposition Subpoena or Issue Protective Order and Motion for Appropriate Sanction are **DENIED-AS-MOOT**. The motions hearing currently scheduled for Tuesday, February 17, 2026, is **CANCELLED**.

    **SO ORDERED**, this 5th day of February 2026

               **/s/ W. Louis Sands**
               **W. LOUIS SANDS, SR. JUDGE**
               **UNITED STATES DISTRICT COURT**

1